Dismissed and Memorandum Opinion filed May 13, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00509-CV

____________

 

CITIMORTGAGE, INC., SUCCESSOR BY REASON OF MERGER WITH
CITIFINANCIAL MORTGAGE COMPANY, INC., Appellant

 

V.

 

BARBARA J. ENGBERG, Appellee

 



 

On Appeal from the
149th District Court

Brazoria County,
Texas

Trial Court Cause
No. 46185

 



 

MEMORANDUM
OPINION

This is
an appeal from a judgment signed April 22, 2009.  On May 6, 2010, appellant
filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Anderson, Frost, and
Seymore .